# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. TAVIS, an individual,<br><br>              Plaintiff,<br><br>   vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation and DOES 1 TO 10, inclusive,<br><br>             Defendants. | CASE NO.: 8:23-cv-01967-JVS-DFM<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: January 2, 2024

_____
Douglas F. McCormick
United States Magistrate Judge